Fair v. Fair, 1997 ND 45, 565 N.W.2d 505|N.D. Supreme Court|
Fair v. Fair, 1997 ND 45, 565 N.W.2d 505
[Go to Documents]
Filed Mar. 26, 1997
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
1997 ND 45
Cathy M. Fair, Plaintiff and Appellant
v.
Douglas E. Fair, Defendant and Appellee
Civil No. 960319
Appeal from the District Court for Burleigh County, South Central Judicial District, the Honorable Dennis A. Schneider, Judge.
AFFIRMED.
Per Curiam.
Rick M. Maixner, of Schmitz, Moench & Schmidt, P.O. Box 2076, Bismarck, N.D. 58502-2076, for plaintiff and appellant.
Thomas M. Tuntland, P.O. Box 1315, Mandan, N.D. 58554, for defendant and appellee.
Fair v. Fair
Civil No. 960319
Per Curiam. [¶1] Cathy M. Fair appealed from a district court judgment granting Douglas E. Fair a divorce from her on the grounds of irreconcilable differences and dividing the marital property. She asserts the trial court's division of property is clearly erroneous. We affirm the judgment under N.D.R.App.P. 35.1(a)(2).
[¶2]
Gerald W. VandeWalle, C.J.
Dale V. Sandstrom
Herbert L. Meschke
Mary Muehlen Maring
Michael O. McGuire, D.J.
[¶3] Michael O. McGuire, D.J., sitting in place of Neumann, J., disqualified.